CAROL C. LAM
United States Attorney
REBEKAH W. YOUNG
Assistant United States Attorney
California State Bar No. 214859
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7179

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

NOV - 9 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

06 CR2245-LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JULISSA CHAVEZ (2),<br><br>             Defendant. | Magistrate Case No. 06MJ1981<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Rebekah W. Young, Assistant United States Attorney, and defendant JULISSA CHAVEZ, by and through and with the advice and consent of defense counsel, Michelle D. Anderson, Esq., that:

1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

//

//

(2 m[w]s on bond)

2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **November 27, 2006.**

4.      The material witnesses, Jose Ramirez-Juarez, Maria Coronado-Mardaliaga, and Miguel Angel Mendoza-Garcia, in this case:

            a.      Are aliens with no lawful right to enter or remain in the United States;

            b.      Entered or attempted to enter the United States illegally on or about October 25, 2006;

            c.      Were found in a vehicle driven by codefendant VICTOR MANUEL MARTINEZ, in Boulevard, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

            d.      Were paying and having others pay on their behalf an unknown money amount to $1700 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

            e.      May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.      After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

            a.      The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

            b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Julissa Chavez (2)                2                06MGJ1981

1  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2  against interest of (an) unavailable witness(es); and,

3

4          c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

5  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

6  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

7  waives the right to confront and cross-examine the material witness(es) in this case.

8      6.      By signing this stipulation and joint motion, defendant certifies that defendant has

9  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

10  further that defendant has discussed the terms of this stipulation and joint motion with defense

11  counsel and fully understands its meaning and effect.

12      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

13  immediate release and remand of the above-named material witness(es) to the Department of

14  Homeland Security for return to their country of origin.

15      It is STIPULATED AND AGREED this date.

16                                          Respectfully submitted,

17

18                                          CAROL C. LAM
                                            United States Attorney
19  Dated: 11/9/06

20                                          REBBKAH W. YOUNG
                                            Assistant United States Attorney
21
    Dated: 11/9/06
22                                          MICHELLE D. ANDERSON
                                            Defense Counsel for CHAVEZ
23

24  Dated: 10-08-06

25                                          JULISSA CHAVEZ
                                            Defendant
26

27

28
    Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Julissa Chavez (2)                    3                    06MGJ1981

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

THE STIPULATION is admitted into evidence, and,

IT IS ORDERED that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

SO ORDERED.

Dated: 11/9/06 .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Julissa Chavez (2)                    4                    06MGJ1981